LAUREL I. HANDLEY (NV Bar # 9576))
ANTHONY R. SASSI (NV Bar #12486)
ALDRIDGE PITE, LLP
520 South 4th Street, Suite 360
Las Vegas, Nevada 89101
Telephone: (858)-750-7600
Facsimile: (702) 685-6342
E-Mail: asassi@aldridgepite.com

*Attorneys for Plaintiffs/Counter-Defendants, Ditech Financial, LLC
and Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINACIAL, LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>            Plaintiffs,<br><br>    v.<br><br>VEGAS PROPERTY SERVICES, INC.,<br><br>            Defendant. | Case No. 2:17-CV-03050-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES (FIRST REQUEST)** |

VEGAS PROPERTY SERVICES, INC.,

            Counter-Claimant,

    v.

DITECH FINACIAL, LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION,

            Counter-Defendants.

VEGAS PROPERTY SERVICES, INC.,

            Cross-Claimant,

    v.

JOCELYN VUCKOVIC, and Individual,

            Cross-Defendants.

Plaintiffs/Counter-Defendants, DITECH FINANCIAL, LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION (collectively "Plaintiffs"), by and through its counsel of record, Laurel I. Handley, Esq. and Anthony R. Sassi, Esq. of Aldridge Pite, LLC, and Defendant/Counter-Claimant, VEGAS PROPERTY SERVICES, INC. ("Defendant"), by and through its counsel of record, John Henry Wright, Esq. and Christopher B. Phillips, Esq. of the Wright Law Group, P.C. hereby stipulate and agree to extend the deadline to respond to the currently-pending, competing motions for summary judgment (ECF Nos. 38 and 40), which were both filed on September 18, 2018.

**IT IS HEREBY STIPULATED** that the briefing deadlines pending motions for summary judgment should be extended to allow the parties additional time to respond as the motions present extensive and nuanced arguments, which will require additional time to address.

**IT IS FURTHER STIPULATED** that Defendant's response to Plaintiffs' Motion for Summary Judgment (ECF No. 38) is currently due October 9, 2018; however, that deadline should be continued to October 23, 2018.

**IT IS FURTHER STIPULATED** that, similarly, Plaintiffs' response to Defendant's Motion for Summary Judgment (ECF No. 40) is currently due October 9, 2018; however, that deadline should likewise be continued to October 23, 2018.

DATED this 27th day of September, 2018.                DATED this 27th day of September, 2018.

ALDRIDGE PITE, LLP                                     THE WRIGHT LAW GROUP, P.C.

/s/ Anthony R. Sassi                                   /s/ Christopher B. Phillips
LAUREL I. HANDLEY, ESQ.                                JOHN HENRY WRIGHT, ESQ.
ANTHONY R. SASSI, ESQ.                                 CHRISTOPHER B. PHILLIPS, ESQ.
*Attorneys for Plaintiffs/Counter-Defendants*          *Attorneys for Defendant*
*Ditech Financial, LLC and*                            *Vegas Property Services, Inc.*
*Federal Home Loan Mortgage Corporation*


**IT IS SO ORDERED:**          _____

                               RICHARD F. BOULWARE, II
                               UNITED STATES DISTRICT JUDGE

                               DATED this 28th day of September, 2018.

## CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935.

I hereby certify that on September 27, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John Henry Wright, Esq.
Christopher B. Phillips, Esq.
The Wright Law Group, P.C.
E-mail: john@wrightlawgroupnv.com
E-mail: chris@wrightlawgroupnv.com
*Attorneys for Defendant Vegas Property Services, Inc.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of September, 2018, at San Diego, California.

MARSHA L. JOHNSON