UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, LLC, et al.,<br>    Plaintiff(s),<br>v.<br>VEGAS PROPERTY SERVICES, INC.,<br>    Defendant(s). | Case No.: 2:17-cv-03050-RFB-NJK<br>**Order**<br>[Docket No. 47] |

Pending before the Court is a motion by the Wright Law Group to withdraw as counsel for Vegas Property Services. Docket No. 47. Any response to that motion shall be filed by December 26, 2018, and any reply shall be filed by December 28, 2018. The Court hereby **SETS** a hearing on the motion for 9:30 a.m. on January 7, 2019, in Courtroom 3C. In addition to withdrawing counsel, a corporate representative for Vegas Property Services must appear personally at the hearing. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

The Court reminds Vegas Property Services that corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

Lastly, withdrawing counsel shall serve a copy of this order on Vegas Property Services, and shall file a proof of service by December 19, 2018.

IT IS SO ORDERED.

Dated: December 14, 2018

_____
Nancy J. Koppe
United States Magistrate Judge