# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, LLC, et al.,<br>    Plaintiff(s),<br>v.<br>VEGAS PROPERTY SERVICES, INC.,<br>    Defendant(s). | Case No.: 2:17-cv-03050-RFB-NJK<br>**Order**<br>[Docket No. 47, 51] |

Pending before the Court is a motion to substitute counsel for Vegas Property Services, Docket No. 51, which is hereby **GRANTED**. The motion to withdraw as counsel (Docket No. 47) is **DENIED** as moot, and the hearing set on that motion is **VACATED**.

IT IS SO ORDERED.

Dated: January 3, 2019

Nancy J. Koppe
United States Magistrate Judge